**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: REAPPOINTMENT TO | : | No. 287 |
| | : | |
| DISCIPLINARY BOARD | : | DISCIPLINARY BOARD APPOINTMENT DOCKET |

**O R D E R**

**PER CURIAM:**

AND NOW, this 20th day of October, 2015, Tracey McCants Lewis, Esquire, Allegheny County, is hereby reappointed as a member of the Disciplinary Board for a term of three years commencing November 3, 2015.